SIGAL CHATTAH
Acting United States Attorney
Nevada Bar Number 8264
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
702-388-6336
courtney.strange@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID TORRES,<br><br>　　　　Defendant. | Case No. 2:25-cr-00296-CDS-EJY<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID TORRES (ID # 45861-048)** |

　　　　The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Nevada Southern Detention Center, Pahrump, Nevada, and the United States Marshal for the District of Nevada to produce DAVID TORRES before the United States District Court on or about September 30, 2025, at the hour of 2:30 p.m., in Courtroom 3A, for Initial Appearance and Arraignment and Plea.

　　　　DAVID TORRES is currently in the custody of the Warden, Nevada Southern Detention Center, Pahrump, Nevada.

　　　　On September 23, 2025, a federal grand jury in this District returned an Indictment in the above-captioned matter charging DAVID TORRES with one count of Escape, in violation of 18 U.S.C. § 751(a). Initial Appearance and Arraignment and Plea were scheduled for September 30, 2025.

1  Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum
2  so that the United States Marshals Service can produce DAVID TORRES before this Court
3  for the purpose of Initial Appearance and Arraignment and Plea and from time to time and
4  day to day thereafter, at such times and places as may be ordered and directed by this Court,
5  to appear before this Court, and when excused by this Court, to be returned to the custody
6  of the Warden, Nevada Southern Detention Center, Pahrump, Nevada.

Dated:  September 23, 2025        Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney


*/s/ Courtney Strange*
Courtney Strange
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID TORRES,<br><br>　　　　Defendant. | Case No. 2:25-cr-00296-CDS-EJY<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID TORRES (ID # 45861-048)** |

　　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of DAVID TORRES before the United States District Court at Las Vegas, Nevada, on or about September 30, 2025, at the hour of 2:30 p.m., in Courtroom 3A for Initial Appearance and Arraignment and Plea and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　　DATED: September 24, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE